

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-72,942-03

### EX PARTE JAMES RAY MIKE, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W06-30152-M (B) IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to thirty-seven years' imprisonment. The Fifth Court of Appeals dismissed his appeal. *Mike v. State*, No. 05-08-00918-CR (Tex. App.—Dallas Aug. 4, 2008).

Applicant contends, among other things, that trial counsel rendered ineffective assistance because he failed to subpoena Ahmad Maarouf. On November 27, 2013, we remanded this application and directed the trial court to, among other things, "make findings of fact as to whether the exhibits Applicant cites in his memorandum were filed with his application but not forwarded

to this Court with the habeas record." The trial court, however, failed to make these findings. Accordingly, the trial court shall make these findings.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 30 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 45 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: March 9, 2016
Do not publish